# PROPOSED ORDER/COVER SHEET

**TO:** Honorable Joseph C. Spero
U.S. Magistrate Judge

**RE:** Wilson, Franco

2007 JAN -8

**FROM:** Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

**DOCKET NO.:** Cr06-0773 JCS

**DATE:** December 27, 2006

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

__Taifa Gaskins__          __510-637-3756__
U.S. Pretrial Services Officer     TELEPHONE NUMBER

**RE:** MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time. *per PTS recc.*

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A. The defendant is allowed to travel within the United States as directed by Pretrial Services.

B. The defendant is no longer required to remain in the third party custody of Vanessa Maxwell.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____
JUDICIAL OFFICER                    DATE 1/8/07

Cover Sheet (12/03/02)   JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE