IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCO WILSON,<br><br>Defendant. | No. CR 06-0773 MAG<br><br>STIPULATION AND ORDER CONTINUING HEARING AND EXCLUDING TIME |

## STIPULATION

The parties agree to continue the hearing in the above-captioned matter from January 12, 2007 until February 2, 2007 at 10:30 a.m. Defense counsel received discovery in this matter on December 20. Defense counsel has not yet met and conferred with the defendant regarding the discovery materials. At the hearing on this matter on January 12, the parties agreed to a new date of January 26. However, defense counsel will be unavailable from January 26 until January 29, 2007.

For the foregoing reasons, the parties agree to a continuance until February 2, 2007. The partis also request that the time from January 12, 2007 until February 2, 2007 be excluded under the Speedy Trial Act based upon the need for effective preparation and for continuity of counsel. It is so stipulated.

DATED: 1/16/2007

_____
RONALD TYLER
Assistant Federal Public Defender
Counsel for Jeremy Brickner

STIP & ORDER CONTINUING
HEARING
*United States v. Wilson*
CR 06-0773 MAG                                   - 1 -

DATED: 1/17/07



DEREK OWENS
Assistant United States Attorney

### ORDER

The Court finds as follows:

The ends of justice are served by granting the requested continuance, given that failure to do so would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and would unreasonably deny the defendant continuity of counsel.

The aforementioned ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

Accordingly, this matter is continued until February 2, 2007 at 10:30 a.m. Pursuant to the Speedy Trial Act, Title 18 United States Code §§3161(h)(8)(A) and 3161(h)(8)(B)(iv), the period from January 12, 2007 until February 2, 2007 is excluded in computing the time within which the trial of this matter must commence.

IT IS SO ORDERED.

DATED: January 23, 2007

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

STIP & ORDER CONTINUING
HEARING
*United States v. Wilson*
CR 06-0773 MAG